**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

BRYAN VELAZQUEZ, on behalf of himself and
all others similarly situated,

       Plaintiff,

v.
                                        **CASE NO.:** 1:22-cv-04642-AT

SOULFLOWER, INC.,

       Defendants.
_____

## JOINT NOTICE OF SETTLEMENT

      Plaintiff, Bryan Velazquez, ("Plaintiff") and Defendant, Soulflower, Inc. ("Defendant"), by and through their undersigned counsel, who notifies the Court that the Parties have reached an agreement resolving their claims, subject to the Parties entering a Settlement Agreement. The Parties respectfully ask the Court to excuse Defendant's obligation to file its Answer to the Complaint, presently due August 4, 2022, and to allow the Parties 60 days in which to file a Stipulation of Dismissal with Prejudice.

      DATED this 2nd day of August, 2022.

           [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

| | |
|---|---|
| */s/ Ian E. Smith*<br>Ian E. Smith, Esquire<br>Spire Law, LLC<br>2752 W. State Road 426, Suite 2088<br>Oviedo, Florida 32765<br>Telephone: (407) 494-0135<br>ian@spirelawfirm.com<br>marcela@spirelawfirm.com<br>filings@spirelawfirm.com<br><br>*Attorney for Defendants* | */s/ Mark Rozenberg*<br>Mark Rozenberg, Esq.<br>Stein Saks, PLLC<br>One University Plaza, Suite 620<br>Hackensack, NJ 07601<br>Tel: (201) 282-6500<br>Fax: (201) 282-6501<br>mrozenberg@steinsakslegal.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 2nd day of August, 2022., the foregoing was electronically filed with the Court by using the Eastern District of New York CM/ECF portal, which will send a notice of electronic filing to: Mark Rozenberg, Esq., Stein Saks, PLLC, One University Plaza, Suite 620, Hackensack, NJ 07601, Tel: (201) 282-6500, Fax: (201) 282-6501, mrozenberg@steinsakslegal.com.

*/s/ Ian E. Smith*
Attorney