```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bryan Velazquez
on behalf of himself and all others similarly situated,

        Plaintiffs,

v.                                                                CASE NO.: 1:22-cv-4642

SoulFlower, Inc.

        Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bryan Velazquez and the Defendant SoulFlower, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: September 2, 2022

| For Plaintiff Bryan Velazquez | For Defendant Soulflower, Inc. |
|---|---|
| *Mark Rozenberg* | *Ian S. Smith* |
| Mark Rozenberg | Ian Edward Smith, Sr. |
| Stein Saks, PLLC | Spire Law, LLC |
| 1 University Plaza | 1230 Peachtree Street Ste 1900 |
| Hackensack, NJ 07601 | Atlanta, GA 30309 |
| Ph: (201) 282-6500 | Ph: (470) 604-9193 |
| mrozenberg@steinsakslegal.com | ian@spirelawfirm.com |

SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge